# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 7 |
|---|---|
| Zakir Hussain Bhuiya | |
| Debtor | CASE # 23-10013-PMM |

## ORDER

UPON CONSIDERATION of the Debtor's Motion to Convert Current Chapter 7 to Chapter 13.

IT IS HEREBY ORDERED that the case is converted to a Chapter 13 bankruptcy.

BY THE COURT:

*Patricia M. Mayer* (signature)

**Date: February 28, 2023**

**Patricia M. Mayer**
**United States Bankruptcy Judge**